UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| TRACEY PERKINS-BERGSTROM, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>MAINE DRILLING & BLASTING, INC., )<br>)<br>    Defendant. ) | Civil Action No. 1:16-cv-00385-GZS |

## STIPULATION OF DISMISSAL

NOW COME the parties, by and through their respective attorneys, and stipulate to the dismissal of Plaintiff Perkins-Bergstrom's claims in Civil Action No. 1:16-cv-000385-GZS, with prejudice and without fees and costs to either party, pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii).

Respectfully submitted,

Dated: May 16, 2017

*/s/ Samuel S. Riotte*
Samuel S. Riotte
McTEAGUE HIGBEE
Four Union Park
P.O. Box 5000
Topsham, ME 04086
(207) 725-5581
sriotte@mcteaguehigbee.com

*Counsel to Plaintiff*

*/s/ Tawny L. Alvarez*
Tawny L. Alvarez
Richard G. Moon
VERRILL DANA, LLP
One Portland Square
Portland, ME 04112-0586
(207) 774-4000
talvarez@verrilldana.com
rmoon@verrilldana.com

*Counsel to Defendant*

## **CERTIFICATE OF SERVICE**

      I, Samuel S. Riotte, hereby certify that on May 16, 2017, I electronically filed Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following: Tawny L. Alvarez, Esq., at talvarez@verrilldana.com and Richard G. Moon, Esq., at rmoon@verrilldana.com.

                                            */s/ Samuel S. Riotte*
                                            Samuel S. Riotte
                                            McTEAGUE HIGBEE
                                            Four Union Park
                                            P.O. Box 5000
                                            Topsham, ME 04086
                                            (207) 725-5581
                                            sriotte@mcteaguehigbee.com